THE PEOPLE OF THE STATE OF NEW YORK, Appellant, v ALAA AGINA, Respondent.

Submitted November 1, 2010; decided November 17, 2010

Motion for assignment of counsel granted and Lynn W.L. Fahey, Esq., Appellate Advocates, 2 Rector Street, 10th Floor, New

York, NY 10006 assigned as counsel to the respondent on the appeal herein.